

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00502-CV

**IN THE INTEREST OF N.J.E., JR.**, N.J.E., E.M.E., and E.J.E.

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01973
Honorable Kimberly Burley, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's termination order is AFFIRMED, and appointed counsel's motion to withdraw is DENIED.

It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED April 27, 2022.

_____
Beth Watkins, Justice